**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MARGARETTA J. PYRON,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**                       **Case No. 06-CV-112-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

Following the Court's Order of Remand (Doc. 21), issued on March 5, 2007, pursuant to the parties' Stipulation to Reverse the ALJ's Decision and Remand (Doc. 19), the parties now file a Joint Stipulation for Attorneys' Fees Under the EAJA (Doc. 24). This Stipulation seeks entry of an Order granting Plaintiff $1,500.00 in attorneys' fees, expenses and costs under the Equal Access to Justice Act ("EAJA"), **28 U.S.C. § 2412**. Acknowledging this good faith Stipulation, the Court hereby **ORDERS** Plaintiff be awarded attorneys' fees, expenses and costs in the sum of **$1,500.00** (One Thousand Five Hundred dollars) pursuant to the EAJA. The Clerk of the Court shall make this award sum payable to Plaintiff's attorney, Kenneth D. Rose.

    **IT IS SO ORDERED.**

    Signed this 18th day of April, 2007.

                            /s/       David RHerndon
                            **United States District Judge**