IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARGARETTA J. PYRON,**

    **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**                               Case No. 06-CV-112-DRH

### ORDER

**HERNDON, District Judge:**

This Order hereby **AMENDS BY INTERLINEATION** the Court's previous April 18, 2007 Order (Doc. 25) as follows:

The last sentence of the Order reads "The Clerk of the Court shall make this award sum payable to Plaintiff's attorney, Kenneth D. Rose."

The last sentence of the Order (Doc. 25) is amended to read, "The **Commissioner of the Social Security Administration** shall make this award sum payable to Plaintiff's attorney, Kenneth D. Rose."

    **IT IS SO ORDERED.**

Signed this 19th day of April, 2007.

                                            /s/     David RHerndon
                                            **United States District Judge**